**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| **CGBM 100, LLC and ACCUTRANS, INC.** § | |
| § | |
| v. § | **Civil Action No. 3:15-cv-00026** |
| § | **Diversity** |
| § | **Jury Demand** |
| **FLOWSERVE US INC.,** § | |
| **FLOWSERVE CORPORATION and** § | |
| **STERLING SHIPYARD, LP** § | |

**NOTICE OF
DEFENDANT, STERLING SHIPYARD, LP'S
SECOND SUPPLEMENTAL DISCLOSURE UNDER FRCP 26(a)**

Defendant Sterling Shipyard, LP ("Sterling") gives Notice that it has served its Second Supplemental Disclosure under FRCP 26(a). Pursuant to the Rules of Procedure, only this Notice is being filed with the Court. The Second Supplemental Disclosure has been served separately from this Notice.

                                                     Respectfully submitted,

                                                     **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                                     */s/ Alan Sanders*
                                                    **P. ALAN SANDERS**
                                                    Texas Bar No. 17602100
                                                    Alan.Sanders@LewisBrisbois.com Email
                                                    Ronald L. White
                                                    SBN 21328300
                                                    Ron.White@LewisBrisbois.com Email
                                                    Weslayan Tower, Suite 1400
                                                    24 Greenway Plaza
                                                    Houston, Texas 77046
                                                    (713) 659-6767  Telephone
                                                    (713) 759-6830  Facsimile

                                                     **ATTORNEY FOR DEFENDANT,
                                                     STERLING SHIPYARD, LP**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document and its attachments was served by the method(s) shown below, upon the person(s) shown below, by me or on my behalf, on this the 9th day of June, 2015:

**GIBBS & BRUNS, LLP**
Sam W. Cruse, III                                                                                       **VIA EMAIL**
SBN 24036423
SDBN 617834
scruse@gibbsburns.com
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.650.8805– telephone
713.750.0903 – facsimile

*Counsel for Plaintiffs CGBM 100, LLC*
*and Accutrans, Inc.*

**SHEEHY, WARE & PAPPAS, P.C.**
Raymond A. Neuer                                                                                **VIA EMAIL**
SBN 14928350
SDBN 11085
rneuer@sheehyware.com
Charmaine A. Ferguson                                                                        **VIA EMAIL**
State Bar No. 24012616
Federal Bar No. 31892
cferguson@sheehyware.com
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010
713.951.1000 – telephone
713.951.1199 – facsimile

*Counsel for Defendants Flowserve US Inc.*
*and Flowserve Corporation*

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
P. Alan Sanders                                                                                       **N/A**
SBN 17602100
Alan.Sanders@LewisBrisbois.com
Ronald L. White                                                                                    **VIA EMAIL**
SBN 21328300
Ron.White@LewisBrisbois.com
Weslayan Tower, Suite 1400
24 Greenway Plaza

Page **2** of **3;**4852-9013-7380.1

Houston, Texas 77046
713.659.6767 – telephone
713.759.6830 – facsimile

*Counsel for Defendant Sterling Shipyard, LP*

/s/ Alan Sanders
P. Alan Sanders