UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CGBM 100, LLC and ACCUTRANS, INC. | § | |
| | § | |
| v. | § | Civil Action No. 3:15-cv-00026 |
| | § | Diversity |
| | § | Jury Demand |
| FLOWSERVE US INC., | § | |
| FLOWSERVE CORPORATION and | § | |
| STERLING SHIPYARD, LP | § | |

_____

**PRETRIAL DISCLOSURES OF DEFENDANTS
FLOWSERVE CORPORATION AND FLOWSERVE US INC.**
_____

*To the Honorable John R. Froeschner, United States Magistrate Judge:*

  Pursuant to Fed. R. Civ. P. 26(a)(3), Flowserve Corporation and Flowserve US Inc. ("Defendants") provide the following pretrial disclosures.

**Witnesses**

**Paul Bowman
125 Concession 13
Hagersville, Ontario, Canada  N0A 1H0
Tel: 905-379-6162**

Defendants expect to call Mr. Bowman as a witness in this case. Mr. Bowman can be contacted through counsel for Defendants. Mr. Bowman may be called live or by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Robert Canon
5807 County Road 101
Sandia, Texas  78383
Tel: 610-704-2304**

Defendants expect to call Mr. Canon as a witness in this case. Mr. Canon can be contacted through counsel for Defendants. Mr. Canon may be called live or by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Crissy Czerny**
**2740 Indiana Avenue**
**Kenner, Louisiana**
**Tel: 504-469-0500**

Defendants expect that Ms. Czerny will be called live by Plaintiff CGBM 100, LLC. Defendants intend to cross examine Ms. Czerny.  If the need arises, Defendants reserve the right to call Ms. Czerny as a witness by videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Daniel J. Duplantis**
**Greenwood Marine Management, Inc.**
**300 Everett Street**
**Morgan City, Louisiana 70381**
**Tel: 985-384-2168**

Defendants expect to call Mr.  Duplantis as a witness in this case. Mr. Duplantis can be contacted through counsel for Defendants. Mr. Duplantis may be called live or by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Clinton Evans**
**461 Poenisch**
**Corpus Christi, Texas  78412**
**Tel: 361-850-3317**

In the event that Mr. Evans is called live by another party, Defendants will cross examine Mr. Evans at trial.  Mr. Evans is not under the control of Defendants.  If not called live by another party, Defendants expect to call Mr. Evans as a witness in this case by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.


**Barry Geraci**
**3118 Harrisburg #100**
**Houston, Texas  77003**
**Tel: 281-532-2080**

Defendants expect to call Mr. Geraci as a witness in this case. Mr. Geraci is not under the control of Defendants. Mr. Geraci will called live.

**Tyler Harden**
**Flowserve Canada Corp.**
**3501 Galaznik Road**
**Angleton, Texas 77515**
**Tel: 979-235-9906**

Defendants expect to call Mr. Harden as a witness in this case. Mr. Harden can be contacted through counsel for Defendants. Mr. Harden will be called live or by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Barry James Hart**
**Flowserve Corporation**
**401 Heron Drive**
**Bridgeport, New Jersey**
**Tel: 609-841-1712**

Defendants expect to call Mr. Hart as a witness in this case. Mr. Hart can be contacted through counsel for Defendants. Mr. Hart will be called live or by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Matthew Kearns**
**3101 East Navigation**
**Corpus Christi, Texas  78403-2441**
**Tel: 361-887-7981**

In the event that Mr. Kearns is called live by another party, Defendants will cross examine Mr. Kearns at trial.  Mr. Kearns is not under the control of Defendants.  If not called live by another party, Defendants expect to call Mr. Kearns as a witness in this case by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Jelenko Krsmanovic**
**Flowserve Canada Corp.**
**15 Worthington Drive,**
**Brantford, Ontario, Canada, N3T 5M5**
**Tel: 519-750-1906**

Defendants expect to call Mr. Krsmanovic as a witness in this case. Mr. Krsmanovic can be contacted through counsel for Defendants. Mr. Krsmanovic may be called live or by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Thomas Micklas**
**16343 Azimuth Drive**
**Crosby, Texas  77532-5024**
**Tel: 713-472-7722**

Defendants expect to call Mr. Micklas as a witness in this case. Mr. Micklas is not under the control of Defendants. Mr. Micklas may be called live or by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Harry Murdock**
**906 Main Street**
**Port Neches, Texas 77651**
**Tel: 409-727-2009**

In the event that Mr. Murdock is called live by another party, Defendants will cross examine Mr. Murdock at trial.  Mr. Murdock is not under the control of Defendants.  If not called live by another party, Defendants expect to call Mr. Evans as a witness in this case by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Lev Nelik, Ph.D., P.E., APICS**
**Pumping Machinery, LLC**
**2241 Dartford Drive**
**Atlanta, Georgia  30338**
**Tel: 770-310-0866**

Defendants expect to call Dr. Nelik as a witness in this case. Dr. Nelik can be contacted through counsel for Defendants. Dr. Nelik will be called live or by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Christian Olavesen**
**14607 Coolridge Court**
**Houston, Texas  77062-203**
**Tel: 281-532-2080**

Defendants expect to call Mr. Olavesen as a witness in this case. Mr. Olavesen is not under the control of the Defendants. Mr. Olavesen may be called live or by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Gary Osorno**
**2740 Indiana Avenue**
**Kenner, Louisiana**
**Tel: 504-469-0500**

In the event that Mr. Osorno is called live by another party, Defendants will cross examine Mr. Osorno at trial. Mr. Osorno is not under the control of Defendants. If not called live by another party, Defendants expect to call Mr. Osorno as a witness in this case by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Gregg S. Perkin, P.E.**
**Engineering Partners International**
**1310 Kingwood Drive**
**Kingwood, Texas  77339**
**Tel: 832-644-4410**

In the event that Mr. Perkin is called live by another party, Defendants will cross examine Mr. Perkin at trial. Mr. Perkin is not under the control of Defendants. If not called live by another party, Defendants expect to call Mr. Perkin as a witness in this case by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Mike Pilgrim**
**24 Fisher Road**
**Port Lavaca, Texas  77979**
**Tel: 361-552-1533**

In the event that Mr. Pilgrim is called live by another party, Defendants will cross examine Mr. Pilgrim at trial. Mr. Pilgrim is not under the control of Defendants. If not called live by another party, Defendants expect to call Mr. Pilgrim as a witness in this case by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Robert Roberts**
**612 Northwood Trail**
**Southlake, Texas  76092**
**Tel: 817-690-6607**

If the need arises, Defendants may call Mr. Roberts as a witness in this case. Mr. Roberts can be contacted through counsel for Defendants. Mr. Roberts will be called live.

**Stewart Shoefstall**
**Flowserve Corporation**
**2220 FM 365**
**Port Arthur, Texas 77640**
**Tel: 409-727-1476**

Defendants expect to call Mr. Shoefstall as a witness in this case. Mr. Shoefstall can be contacted through counsel for Defendants. Mr. Shoefstall will be called live or by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Brad Taylor**
**5040 Kings Court**
**Bridge City, Texas  77630**
**Tel: 409-727-2009**

In the event that Mr. Taylor is called live by another party, Defendants will cross examine Mr. Taylor at trial.  Mr. Taylor is not under the control of Defendants.  If not called live by another party, Defendants may call Mr. Taylor as a witness, if the need arises, in this case by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**George Vucak**
**Flowserve Canada Corp.**
**15 Worthington Drive,**
**Brantford, Ontario, Canada, N3T 5M5**
**Tel: 519-750-1906**

Defendants expect to call Mr. Vucak as a witness in this case. Mr. Vucak can be contacted through counsel for Defendants. Mr. Vucak may be called live or by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Mike Wike**
**2740 Indiana Avenue**
**Kenner, Louisiana**
**Tel: 504-469-0500**

In the event that Mr. Wike is called live by another party, Defendants will cross examine Mr. Wike at trial.  Mr. Wike is not under the control of Defendants.  If not called live by another party, Defendants may call Mr. Wike as a witness in this case by a videotaped deposition that was stenographically recorded. The deposition and video are available for review at the office of counsel for Defendants.

**Exhibit List**

Defendants provide an Exhibit List, attached hereto as Exhibit "A," identifying the documents and other exhibits that Defendants expect to offer or may offer if the need arises. Not all exhibits listed are intended to be offered by Defendants and the designation of any document on the list should not be considered or construed as an indication on the part of Defendants that the document is automatically considered admissible by Defendants. Defendants reserve the right to designate further exhibits, as the need may arise, as provided for under the current scheduling order.

        Respectfully submitted,

        */s/ Raymond A. Neuer*
        Raymond A Neuer
        State Bar No. 14928350
        Federal Bar No. 11085
        2500 Two Houston Center
        909 Fannin Street
        Houston, Texas 77010-1003
        713.951.1000 – telephone
        713.951.1199 – facsimile
        rneuer@sheehyware.com

        ***Attorney-in-Charge for Defendants***
        ***Flowserve US Inc. and Flowserve Corporation***

**Of Counsel:**
SHEEHY WARE & PAPPAS, PC
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
713.951.1000 – telephone
713.951.1199 – facsimile

## **CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to the Texas Rules of Civil Procedure on the _____ day of December, 2016.

*/s/ Raymond A. Neuer*
Raymond A. Neuer

2668291