UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CGBM 100, LLC and ACCUTRANS, INC. | § | |
| | § | |
| v. | § | Civil Action No. 3:15-cv-00026 |
| | § | Diversity |
| | § | Jury Demand |
| FLOWSERVE US INC., | § | |
| FLOWSERVE CORPORATION and | § | |
| STERLING SHIPYARD, LP | § | |

**PLAINTIFFS' AGREED MOTION TO DISMISS WITH PREJUDICE THEIR CLAIMS AGAINST DEFENDANT STERLING SHIPYARD, LP**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiffs, CGBM 100, LLC ("CGBM") and Accutrans, Inc. ("Accutrans") (CGBM and Accutrans being collectively referred to as "Plaintiffs"), move to dismiss, with prejudice, their claims against Defendant Sterling Shipyard, LP ("Sterling"), with costs taxed as incurred by the party incurring those costs. Plaintiffs move to dismiss with prejudice all of their claims against Sterling that were made in the Lawsuit, or that could have been joined in the Lawsuit under the Rules of Procedure regarding permissive joinder of claims, or that should have been joined in the Lawsuit under the Rules of Procedure regarding compulsory joinder of claims.

Plaintiffs expressly reserve, and do not waive or dismiss, any or all of their claims against Defendants Flowserve US, Inc. ("Flowserve US") and Flowserve Corporation ("Flowserve Corp") (Flowserve US and Flowserve Corp being collectively referred to as "Flowserve").

Respectfully submitted,

**GIBBS & BRUNS, LLP**

By: /s/ *Sam W. Cruse*
    Sam W. Cruse
    State Bar No. 24036423
    scruse@gibbsbruns.com

        David Sheeren
        State Bar No. 24079313
        dsheeren@gibbsbruns.com
        1100 Louisiana, Suite 5300
        Houston, Texas  77002
        Telephone: 713.650.8805
        Facsimile:  713.750.0903

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2017, the foregoing document was served on all counsel as listed below via the ECF system:

| | |
|---|---|
| P. Alan Sanders | Raymond A. Neuer |
| Lewis Brisbois Bisgaard & Smith LLP | Sheehy, Ware & Pappas, P.C. |
| 24 Greenway Plaza, Suite 1400 | 909 Fannin Street, Suite 2500 |
| Houston, Texas  77046 | Houston, Texas  77010 |

        /s/ *Sam W. Cruse*