United States District Court
Southern District of Texas
**ENTERED**
January 18, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| CGBM 100, LLC | § | |
| and ACCUTRANS, INC. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-15-026 |
| | § | |
| FLOWSERVE US, INC., | § | |
| FLOWSERVE CORPORATION | § | |
| and STERLING SHIPYARD, LP. | § | |

## O R D E R

Plaintiffs and Defendant Sterling Shipyard having settled all claims against them, it is **ORDERED** that the Motion for Leave to Designate Sterling as a Responsible Third Party of the Flowserve Defendants (Instrument no. 55) is **GRANTED**.

**DONE** at Galveston, Texas, this _____17th_____ day of January, 2017.

John R. Froeschner
United States Magistrate Judge