COURTROOM MINUTES: **MAGISTRATE JUDGE JOHN R. FROESCHNER**, PRESIDING

COURTROOM CLERK: **SHEILA R. ANDERSON**

COURT REPORTER / ~~ERO RECORDER~~: Bruce Slavin

INTERPRETER.:

USPO / USPTS:

OTHER: (Lunch: 12:30 - 1:45) (Break: 3:50 - 4:05)

OPEN: 9:10    ADJOURN: 4:55    **DATE:** 1/17/17

================================================================

~~CR~~ / CA NO.   G-15-cv-026

CGBM 100 LLC          V.    FLOWSERVE US, INC., ET AL.

and ACCUTRANS, INC.

================================================================

DOCKET ENTRY
(JRF)       Jury Selection & 1st Day Jury Trial
                    PROCEEDING

APPEARANCES:   Samuel Cruse, III - f/Pltfs

               David Sheeran - f/Pltfs

               Michael Absmeier - f/Pltfs

               Raymond Neuer- f/Dfts Flowserve

               Sara Jancalis - f/Dfts Flowserve

               Lara Price - f/Dfts Flowserve

================================================================

MINUTES:

1. PTC held re: m/limine & pending motions orally ruled on.

2. Voir Dire begins/ends.

3. Jury selected, seated & sworn.

4. Selected exhibits admitted prior to opening stmts.

5. Opening stmts presented / Testimony / Evidence begins.

6. Adjourn til 1/18/17 @ 9:00.